UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 22-cr-331 (DWF/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Alex Martinez-Hernandez, | |
| Defendant. | |

---

This matter is before the Court on the Government's Motion for Discovery Pursuant to Federal Rules of Criminal Procedure 16(b), 12.1, 12.2, 12.3 and 26.2 ("Motion for Discovery") (ECF No. 21).  Defendant Alex Martinez-Hernandez did not submit any pretrial motions prior to the January 20, 2023 pretrial motions deadline. (*See* ECF No. 20 at 3.)  The Court, having reviewed the Government's Motion for Discovery, concluded that no hearing would be necessary or helpful in resolving the motion and canceled the scheduled pretrial motion hearing (ECF No. 22).  Based on the Motion for Discovery, and on the entire file, the Court enters the following Order.

    I.    **The Government's Motion for Discovery (ECF No. [21])**

The Government seeks discovery and disclosure as required by Rules 16(b), 12.1, 12.2, 12.3 and 26.2 of the Federal Rules of Criminal Procedure. The Government's motion is **GRANTED** insofar as Mr. Martinez-Hernandez shall provide discovery to the extent required by the applicable Rules. With respect to expert discovery pursuant to Rules 16(a)(1)(G) and 16(b)(1)(C), the following deadlines shall apply as previously ordered (ECF No. 20.):

    a.    Initial Expert Disclosures: **28 days prior to trial**.

    b.    Rebuttal Expert Disclosures: **14 days prior to trial**

**SO ORDERED.**

Dated: March 13, 2023                    *s/ Dulce J. Foster*
                                         Dulce J. Foster
                                         United States Magistrate Judge